UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIGHTPOINT, INC.,              ) | |
|                                 ) | |
|        Plaintiff,               ) | |
|                                 ) | 1:04-CV-2085-SEB-JPG |
|    vs.                          ) | |
|                                 ) | |
| ZURICH AMERICAN INSURANCE       ) | |
| COMPANY,                        ) | |
|                                 ) | |
|        Defendant.               ) | |

## FINAL JUDGMENT

Consistent with the accompanying rulings on competing summary judgment motions filed by the parties, FINAL JUDGMENT is entered in favor of Defendant and against Plaintiff. Each party shall bear its own cost.

IT IS SO ORDERED  03/10/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:
Daniel P. King
LOCKE REYNOLDS LLP
dking@locke.com

Hugh E. Reynolds Jr.
LOCKE REYNOLDS LLP
hreynolds@locke.com

Daniel Ryan Roy
BAKER & DANIELS
drroy@bakerd.com

Christopher G. Scanlon
BAKER & DANIELS
chris.scanlon@bakerd.com